# UNITED STATES DISTRICT COURT
## District of Minnesota

**JUDGMENT IN A CIVIL CASE**

Victor Hugo Dircio Parra,

                Petitioner(s),

v.                                      Case Number: 25-cv-4593 LMP/DTS

Samuel J. Olson, Kristi Noem, Todd Lyons, Pam Bondi and Joel Brott,

                Respondent(s).

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Victor Hugo D. P.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is GRANTED;

2. Within 7 days of the date of this Order, the Government shall provide Victor Hugo D. P. with a bond hearing in accordance with 8 U.S.C. § 1226(a);

3. If the Government does not provide Victor Hugo D. P. with a bond hearing as required by this Order, he must be immediately released from detention;

4. Within 8 days of the date of this Order, the Government shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Victor Hugo D. P.'s release; and

5. Victor Hugo D. P.'s Motion for a Temporary Restraining Order (ECF No. 2) is DENIED as moot.

Date: 12/22/2025                                                             KATE M. FOGARTY, CLERK